```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 10459
   DONESHIA L JENKINS
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1673


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/24/2006 and was confirmed 10/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  42.00%.

     The case was dismissed after confirmation 12/03/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
HOMECOMINGS FINANCIAL    CURRENT MORTG         .00           .00            .00
HOMECOMINGS FINANCIAL    MORTGAGE ARRE     1264.21           .00        1264.21
HOMECOMINGS FINANCIAL    NOTICE ONLY      NOT FILED          .00            .00
HOMECOMING FINANCIAL     NOTICE ONLY      NOT FILED          .00            .00
HOMECOMING FINANCIAL     NOTICE ONLY      NOT FILED          .00            .00
AARONS SALES & LEASE OWN SECURED           1500.00         77.11         439.87
AARONS SALES & LEASE OWN UNSECURED        NOT FILED          .00            .00
AARON SALES & LEASE      NOTICE ONLY      NOT FILED          .00            .00
AMERICAN GENERAL FINANCE SECURED            300.00         10.17         243.69
AMERICAN GENERAL FINANCE UNSECURED         1149.34           .00         152.08
AMERICAN GENERAL FINANCE NOTICE ONLY      NOT FILED          .00            .00
COOK COUNTY TREASURER    SECURED            480.00           .00         480.00
A ALL FINANCIAL          UNSECURED        NOT FILED          .00            .00
AMERICAN GENERAL FINANCE UNSECURED        10362.25           .00        1371.15
AMERICASH LOANS LLC      UNSECURED          524.88           .00          69.45
BELL WEST COMMUNITY CU   NOTICE ONLY      NOT FILED          .00            .00
CALUMET CITY PUBLIC LIBR UNSECURED        NOT FILED          .00            .00
CALUMET CITY PUBLIC LIBR UNSECURED        NOT FILED          .00            .00
CLASS ACT VIDEO          UNSECURED        NOT FILED          .00            .00
COMCAST                  UNSECURED        NOT FILED          .00            .00
DAVID COLLINS            UNSECURED        NOT FILED          .00            .00
DIRECTV                  UNSECURED        NOT FILED          .00            .00
DRIVE FINANCIAL          NOTICE ONLY      NOT FILED          .00            .00
EDUCATION DIRECT         UNSECURED        NOT FILED          .00            .00
FIRST PREIMER BANK       NOTICE ONLY      NOT FILED          .00            .00
MATRIX FINCL             NOTICE ONLY      NOT FILED          .00            .00
NICOR GAS                UNSECURED          666.92           .00          88.25
SANDRIDGE APARTMENTS     UNSECURED        NOT FILED          .00            .00
SANTA BARBARA BANK & TRU UNSECURED          150.00           .00          19.85
SBC TUITION SERVICE      UNSECURED        NOT FILED          .00            .00
VILLAGE OF LANSING       UNSECURED          250.00           .00          33.08
ZALUTSKY & PINSKI LTD    REIMBURSEMENT      354.00           .00         354.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 10459 DONESHIA L JENKINS
```

```
ZALUTSKY & PINSKI LTD    DEBTOR ATTY    3,000.00                    3,000.00
TOM VAUGHN               TRUSTEE                                      497.09
DEBTOR REFUND            REFUND                                          .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                8,100.00

PRIORITY                                            354.00
SECURED                                           2,427.77
    INTEREST                                         87.28
UNSECURED                                         1,733.86
ADMINISTRATIVE                                    3,000.00
TRUSTEE COMPENSATION                                497.09
DEBTOR REFUND                                          .00
                       --------------         --------------
TOTALS                 8,100.00                   8,100.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/08 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |